**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGETTE DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-1241 KJM DB<br><br>**ORDER GRANTING STIPULATION AS TO PLAINTIFF'S FORTHCOMING FIRST AMENDED COMPLAINT**<br><br>*Assigned to Hon. Kimberly J. Mueller*<br><br>Complaint Filed:  June 28, 2023 |

ORDER

Before the Court is the Stipulation between the parties as to Plaintiff's Forthcoming First Amended Complaint. Having considered the Stipulation, and good cause appearing, the Court hereby **GRANTS** the parties' stipulation as follows:

1. Defendant's August 21, 2023 deadline to file a responsive pleading is vacated;
2. Plaintiff shall file her First Amended Complaint on or before August 23, 2023; and
3. Defendant shall have 21 days from the filing of Plaintiff's First Amended Complaint to file its response.

**IT IS SO ORDERED.**

DATED: August 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE