UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01241-KJM-DB<br><br>**ORDER DENYING STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Ctrm:   3, 15th Floor |

Before the court is the parties' stipulation as to the briefing schedule with respect to defendant Shutterstock Inc.'s Motion to Dismiss First Amended Class Action Complaint, or in the Alternative, to Strike Class Allegations (the "Motion"). Having considered the stipulation, the court finds the parties have not shown good cause to amend the briefing schedule. In fact, the parties do not explain why an amendment to the briefing schedule is necessary. The stipulated request is **denied without prejudice.**

**IT IS SO ORDERED**.

DATED:  September 20, 2023.

CHIEF UNITED STATES DISTRICT JUDGE